

www.employmentlawyernewyork.com

655 Third Avenue  
Suite 1821  
New York, NY 10017  
Tel. No. 212.679.5000  
Fax No. 212.679.5005

910 Franklin Avenue  
Suite 200  
Garden City, NY 11530  
Tel. No. 516.248.5550  
Fax No. 516.248.6027

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 10/4/2021

October 1, 2020

*Via ECF*  
The Honorable Alison J. Nathan  
United States District Judge for the  
Southern District of New York  
40 Foley Square  
New York, New York 10007

  Re: *Israel Martinez, et al. v. JLM Decorating, Inc., et al.*  
     *Docket No.: 20-cv-02969 (AJN)*

Dear Judge Nathan:

  As the Court is aware, this firm represents Named-Plaintiff Israel Martinez, as well as opt-in Plaintiffs Juan Carlos Sanchez Benites and Rafael Brito (collectively as "Plaintiffs"), in the above-referenced collective and putative class action matter alleging wage violations under the Fair Labor Standards Act and the New York Labor Law against Defendants JLM Decorating, Inc., JLM Decorating NYC Inc., Cosmopolitan Interior NY Corporation, Moshe Gold, individually, and Josafath Arias, individually. We submit this letter, jointly with Defendants, to request a two-week adjournment of the pre-trial conference scheduled for October 8, 2021, or alternatively, of the deadline for the parties to submit a letter stating that they can do without a conference along with a proposed case management plan, which is currently due today, as per the Court's order of September 28, 2021. (Dkt. No. 40).

  Specifically, the parties need additional time to meet with their clients and to confer with each other over the discovery schedule, which has been delayed due to the Jewish holidays and the undersigned's recent appearance on the case. The parties propose the following revised dates:

- October 15, 2021: Parties joint letter including indication of whether the parties need a pre-trial conference, and a proposed case management plan.
- October 22, 2021 (or alternatively October 29, 2021 or November 5, 2021): Pre-trial Conference, if necessary.

      This is the first request for an adjournment of this conference, and it is a joint request. We thank the Court for its time and attention to this matter.

*[Signature]*
10/4/2021
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.

Respectfully submitted,

*[Signature]*
Kelly A. Magnuson, Esq.
*For the Firm*

To:    All counsel *via* ECF