# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 15, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/18/2021
```

**By ECF**

Hon. Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:     Israel Martinez, et al. v. JLM Decorating, Inc., et al.
        20-cv-02969 (AJN)

Dear Judge Nathan:

This firm represents the Defendants in the above-referenced matter. Defendants respectfully request a two (2) week adjournment of the pre-trial conference scheduled for October 22, 2021, and an identical two (2) week extension on the parties' deadline to submit their pre-conference letter and case management plan, which is due today. The requested extension is necessary to provide the parties sufficient time to discuss and prepare the required filings, which has been made difficult due to the undersigned counsel's work load and period of illness. Plaintiff consents to the requested extension. This is the second request for an extension on the instant deadlines, the previous request was made jointly and granted by the Court.

Thank you for your consideration.

Respectfully submitted:

/s/ Brett W. Joseph

cc: All counsel of record (via ECF)

The initial pre-trial conference scheduled for October 22, 2021 is adjourned to November 5, 2021 at 3:30 PM. The parties are ordered to submit their joint letter and case management plan by October 27, 2021.

SO ORDERED.   *[signature]*
                                                    10/15/2021