UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martinez,

            Plaintiff,

   –v–

JLM Decorating, Inc., et al,

           Defendants.

20-cv-2969 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of the parties' revised Notice of Lawsuit. Dkt. No. 46. The Court ordered the parties to remove the "at your own expense" language when discussing plaintiffs' right to retain a different attorney. Dkt. No. 39 at 8-9. The language was removed from paragraph 10, but the language remains in the Consent to Join Lawsuit form. Dkt. No. 46-1 at 5.

    The parties shall submit a revised Notice of Lawsuit for the Court's approval by October 25, 2021.

    SO ORDERED.

Dated: October 18, 2021
       New York, New York

                                        ALISON J. NATHAN
                                        United States District Judge