USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martinez,

           Plaintiff,

—v—

JLM Decorating, Inc. et al,

           Defendants.

20-cv-2969 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Per the Court's order on October 25, 2021 (Dkt. No. 53), the Court will hold pre-trial conference in this matter on November 5, 2021. The parties were ordered to submit their Proposed Civil Case Management Plan and Joint Letter by October 27, 2021. Dkt. No. 53. The Court orders that the parties file these documents by November 4, 2021 at 12 p.m.

SO ORDERED.

Dated: November 3, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge