```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Martinez,

           Plaintiff,

–v–

JLM Decorating, Inc. et al.,

           Defendants.

20-cv-2969 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The Court has been notified that Defendants have retained new counsel in this case per the Court's November 19, 2021 order. Dkt. No. 58. The parties are ordered to file a joint status letter and updated case management plan by March 11, 2022.

SO ORDERED.

Dated: March 4, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1