```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISRAEL MARTINEZ, *individually, on behalf of himself, on behalf of all others similarly situated*,

Plaintiff,

v.

JLM DECORATING, INC., JLM DECORATING NYC INC., COSMOPOLITAN INTERIOR NY CORPORATION, MOSHE GOLD, JOSAFATH ARIAS,

Defendants.

No. 20-CV-2969 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case has been reassigned to me for all purposes. On November 19, 2021, Judge Nathan stayed the case for 30 days to allow Defendants to obtain replacement counsel. According to a subsequent order filed by Judge Nathan on March 4, 2022, Defendants have obtained new counsel. The stay in this case is therefore lifted.

    Consistent with the case management plan and scheduling order filed on March 11, 2022, the Court will hold a post-discovery conference on October 14, 2022 at 3:45 p.m. The Court will hold this conference by telephone with the following dial-in information: Call-In Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public. By October 7, 2022, the parties shall submit a joint letter updating the court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated: April 11, 2022
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge