UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ISRAEL MARTINEZ,

                       Plaintiff,                    20-CV-02969 (RA)(SN)

        -against-                             **ORDER**

JLM DECORATING, INC. et al.,

                       Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On February 17, 2023, the Court scheduled a conference for Friday, February 24, 2023, to address the issues raised in Plaintiffs' Status Report. See ECF No. 87. Among the disputes raised, Plaintiffs argue that Defendants have failed to respond fully to Plaintiffs' June 6, 2022 discovery demands. By Tuesday, February 21, 2023, Plaintiffs must file a letter identifying the outstanding discovery and explaining its relevance. Defendants may respond by Wednesday, February 22, 2023. Each letter may be no longer than three pages.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     February 17, 2023
                New York, New York