```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ISRAEL MARTINEZ,

                               Plaintiff,                            20-CV-02969 (RA)(SN)

                    -against-                               **ORDER**

JLM DECORATING, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On February 24, 2023, the Court held a conference to discuss the discovery issues raised in Plaintiff's February 21, 2023 letter. In his letter and at the conference, Plaintiff indicated that he intended to make additional post-deposition document discovery demands. By February 27, 2023, Plaintiff must put these, and any other outstanding discovery demands, in writing. Defendants must respond to these demands and produce responsive documents by March 10, 2023. On this date, Defendants are also directed to file a letter on the docket describing counsel's efforts to search and produce responsive documents.

      The Court further directs that the March 2, 2023 mediation proceed as scheduled and that Plaintiff must make a settlement demand by February 28, 2023. If mediation is unsuccessful, any motion for class certification and any motion to amend the complaint under Rule 16 shall be filed no later than March 31, 2023. Any opposition shall be filed by April 14, 2023. Any reply brief shall be filed by April 21, 2023.

The Court reminds the parties that these dates will not be adjourned, and extensions will not be granted.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   February 24, 2023
         New York, New York