UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ISRAEL MARTINEZ,

                     **Plaintiff,**                      20-CV-02969 (RA)(SN)

     -against-                                    **ORDER**

JLM DECORATING, INC., et al.,

                     **Defendants.**

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The conference scheduled for March 16, 2023, at 1:30 p.m. is rescheduled to March 16, 2023, at 2:30 p.m. Defendants may file a letter response by noon on Thursday, March 16, 2023.

**SO ORDERED.**

                                                       SARAH NETBURN
                                                       United States Magistrate Judge

DATED:       March 15, 2023
                  New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/15/2023