UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ISRAEL MARTINEZ,

                    Plaintiff,                    20-CV-02969 (RA)(SN)

     -against-                                **ORDER**

JLM DECORATING, INC., et al.,

                    Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On April 26, 2023, Plaintiff requested the Court to compel Defendants "to provide a complete response to Plaintiff's Requests" and to sanction them "for their collective misconduct." ECF No. 106 at 5. Defendants oppose all requested relief. ECF No. 107.

Accordingly, a conference to discuss the issues raised in the parties' letters is scheduled for May 16, 2023, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov. The Court directs Defendant Moshe Gold to attend the conference.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     May 2, 2023
                New York, New York