USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ISRAEL MARTINEZ,

                          **Plaintiff,**                    20-CV-2969 (RA)(SN)

    -against-                                 **ORDER**

JLM DECORATING, INC., et al.,

                          **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On July 26, 2023, the Plaintiff filed a motion to certify class. Defendants shall respond by August 25, 2023. Plaintiff shall file a reply, if any, by September 8, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     August 1, 2023
                 New York, New York