**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ISRAEL MARTINEZ, on behalf of himself
and all others similarly situated,

                     **Plaintiff,**

        -against-

JLM DECORATING, INC., et al.,

                   **Defendants.**

-----------------------------------------------------------------X

**20-CV-2969 (RA)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2024

**SARAH NETBURN, United States Magistrate Judge:**

      On March 20, 2024, the Court certified Plaintiffs' proposed class and ordered Plaintiffs to submit a revised class notice. Plaintiffs promptly submitted the revised notice, which the Court finds sufficient under Rule 23(c)(2)(B).[1] Plaintiffs are ORDERED to disseminate the revised notice to all possible class members.

**SO ORDERED.**

                                      _____
                                        SARAH NETBURN
                                        United States Magistrate Judge

DATED:      March 29, 2024
              New York, New York

---

[1] In the list of questions, the questions skip from 9 to 11. Plaintiffs' Counsel may wish to correct that error without further review by the Court.