**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ISRAEL MARTINEZ, on behalf of himself
and all others similarly situated,

                               **Plaintiff,**

           **-against-**

JLM DECORATING, INC., et al.,

                            **Defendants.**

-----------------------------------------------------------------X

**20-CV-2969 (RA)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

As discussed at today's conference, Defendants are ORDERED to pay all reasonable attorneys' fees incurred by Plaintiffs since April 2024 in connection with their efforts to secure a complete and accurate list of class members. By August 16, 2024, Plaintiffs' counsel shall file a proposed invoice. Defendants may file opposition to Plaintiffs' proposed invoice by August 23, 2024. Before August 16, 2024, counsel shall meet and confer regarding whether they can reach an agreement on reasonable attorneys' fees.

Additionally, by August 16, 2024, an IT consultant shall review the records held by Defendants at Defendants' offices to search for any documents or records related to the identification of class members. Plaintiffs' counsel and defense counsel should be present during the IT consultant's search of Defendants' records. To the extent Defendants' records are held in hard copy, Plaintiffs' counsel shall also be permitted to search those records, under the supervision of Defendants' counsel. Plaintiffs' counsel may make photocopies of any documents

relevant to identifying class members. Defendants shall bear all costs related to the IT

consultant's search of Defendants' records.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      July 18, 2024
            New York, New York