UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL MARTINEZ, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>JLM DECORATING, INC., and JLM DECORATING NYC INC., and COSMOPOLITAN INTERIOR NY CORPORATION, and MOSHE GOLD, individually, and JOSAFATH ARIAS, Individually<br><br>*Defendants.* | **SUBSTITUTION OF ATTORNEY**<br><br>1:20-cv-2969-RA-SN |

    The undersigned hereby consent to the substitution of Michael K. Chong, Esq. and Law Offices of Michael K. Chong, LLC (MKC Law Group), as counsel of record for defendants JLM DECORATING, INC., and JLM DECORATING NYC, INC., and COSMOPOLITAN INTERIOR NY CORPORATION, and MOSHE GOLD (collectively "Defendants") in the above-captioned matter.

| | |
|---|---|
| Law Offices of Michael Chong, LLC<br>*Superseding Attorney* | The Law Firm of Adam C. Weiss, PLLC<br>*Withdrawing Attorney* |
| /s/ *Michael Chong*<br>Michael K. Chong, Esq.<br>2 Executive Drive, Suite 240<br>Fort Lee, NJ 07024<br>Ph#: (201) 947-5200<br>Fx#: (201) 708-6676 | *Adam C. Weiss*<br>Adam C. Weiss, Esq.<br>3 School Street, Suite 303<br>Glen Cover, NY 11542<br>Ph#: (646) 489-0059<br>Fx#: (516) 759-2556 |
| Date: 8/16/24 | Date: |

SO ORDERED:

_____ U.S.D.J.