**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2024
```

ISRAEL MARTINEZ, on behalf of himself
and all others similarly situated,

          **Plaintiff,**

     -against-

**JLM DECORATING, INC., et al.,**

          **Defendants.**

-----------------------------------------------------------------X

         **20-CV-2969 (RA)(SN)**

         **ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

   For the avoidance of doubt, today's substitution of defense counsel will not change any

upcoming litigation deadlines. The parties shall still participate in the September 6, 2024

mediation, file a status letter with the Court on September 13, 2024, and otherwise comply with

the Court's July 25, 2024 Order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   August 19, 2024
      New York, New York