UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISRAEL MARTINEZ, on behalf of himself, individually, and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>JLM DECORATING, INC., and JLM DECORATING NYC INC., and COSMOPOLITAN INTERIOR NY CORPORATION, and MOSHE GOLD, individually, and JOSAFATH ARIAS, individually,<br><br>*Defendants.* | **NOTICE OF MOTION<br>FOR LEAVE TO WITHDRAW<br>AS COUNSEL FOR DEFENDANTS**<br><br>1:20-cv-02969-RA-SN |

To:     All Counsel:

**PLEASE TAKE NOTICE** that Michael K. Chong, LLC, and Michael K. Chong, Esq., shall move before the Honorable Ronnie Abrams, U.S.D.J., United States District Court for the Southern District of New York, at United States Courthouse, 500 Pearl St., New York, NY 10007 on a date and time to be set by the Court, for Leave to Withdraw as Counsel for defendants JLM DECORATING, INC., and JLM DECORATING NYC, INC., and COSMOPOLITAN INTERIOR NY CORPORATION, and MOSHE GOLD. In support of said Motion, movant will rely upon the enclosed Affidavit of Michael K. Chong, Esq. and the proposed form of Order is submitted herewith.

Date: October 14, 2024                              Law Offices of Michael K. Chong, LLC

                                                    By: *s/ Michael K. Chong*
                                                    Michael K. Chong, Esq.
                                                    *Attorney for Defendants*

                                                    2 Executive Drive, Ste. 240
                                                    Fort Lee, NJ 07024
                                                    Ph#: (201) 947-5200
                                                    Fx#: (201) 708-6676

300 Hudson Street, Ste. 10
Hoboken, NJ 07030
Ph#: (201) 708-6675
Fx#: (201) 708-6676

32 East 57th Street, 8th FL.
New York, NY 10022
Ph#: (212) 726-1104
Fx#: (212) 726-3104
MKC@mkclawgroup.com