UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ISRAEL MARTINEZ,

                        Plaintiff,                       20-CV-02969 (RA)(SN)

    -against-                                   **ORDER**

JLM DECORATING, INC., et al.,

                      Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference is scheduled for Thursday, October 31, 2024 at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The purpose of this conference is to discuss Defendants' counsel's motion to withdraw. ECF No. 178. Moshe Gold is ordered to appear in-person and be prepared to testify under oath regarding the Defendant business' operations and the availability of documents relating to the Defendants' class list. The Court will also consider whether defense counsel may be relieved of representation and whether Defendants should be required to post a bond pursuant to Local Civil Rule 54.2. Should Moshe Gold fail to appear and no appearance is made on behalf of the Defendants, the Court may deem the Defendants to be in default and recommend striking Defendants' answer and proceeding to a damages inquest.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     October 17, 2024
                 New York, New York