

**WWW.MKCLAWGROUP.COM**
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57th STREET 8th FL., | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE

EMAIL: MKC@MKCLAWGROUP.COM

October 18, 2024

<u>Via ECF; Total Pages: 1</u>
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

      Re:    Martinez v. JLM Decorating, Inc. et al
             Docket No. 1:20-cv-02969-RA-SN

Dear Judge Netburn:

      This office represents defendants JLM Decorating, Inc., and JLM Decorating NYC, Inc., and Cosmopolitan Interior NY Corporation, and Moshe Gold (collectively "Defendants") in the above-referenced matter. On October 17, 2024, Your Honor issued an order scheduling an in-person conference for October 31, 2024 (ECF Doc. 181). Pursuant to Your Honor's judicial preferences, I am submitting this letter to respectfully request an adjournment of the conference scheduled for October 31, 2024.

      The basis for this request is that I have been selected for jury duty during that week. I have conferred with Plaintiff's counsel, and he "takes no position on the request." This is the first request to adjourn this conference. There have been no prior requests to reschedule this conference. This adjournment request will not impact any other scheduled dates. Defendants respectfully request to reschedule the in-person conference to November 7, 2024, or a later date that is most convenient for the Court. The parties have conferred and both are available on November 7, 2024. Thank you for your kind consideration and courtesies.

                                                    Respectfully submitted,

                                                      s/ *Michael K. Chong*

                                                      Michael K. Chong, Esq.

MKC/vs
cc: Plaintiff's counsel (*via ECF*)