UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ISRAEL MARTINEZ,

                              **Plaintiff,**                       20-CV-02969 (RA)(SN)

                -against-                                    **ORDER**

JLM DECORATING, INC., et al.,

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defense counsel Michael Chong moves to withdraw, citing a breakdown in communications with his client Moshe Gold. ECF No. 178. Mr. Chong is defendants' third counsel, with the prior two counsel similarly withdrawing due to a breakdown in communication. ECF Nos. 57, 162. In addition to failing to communicate and cooperate with counsel, Mr. Gold has also failed to respond to discovery. After repeated opportunities to cure his deficiencies, the Court eventually sanctioned the defendants. ECF Nos. 151, 155, 158. Pending before the Court is plaintiffs' attorney's fees' application. ECF No. 180.

      Mr. Gold has shown nothing but contempt for this proceeding. The Court has no confidence that he intends to defend the claims against him and the corporate defendants. After four years, it is unfair to further delay judgment in this matter. Accordingly, Defendants are ORDERED to find substitution counsel within 30 days. If counsel appears, the Court will order Defendants to post a bond pursuant to Local Civil Rule 54.2 in order to continue to defend the claims. If new counsel does not appear, the Court will grant Mr. Chong's motion to withdraw as counsel and will recommend to District Judge Ronnie Abrams that defendants' answer be struck

and a default be entered pursuant to Rules 16(f) and 37(b) of the Federal Rules of Civil Procedure.

Mr. Chong is ORDERED to serve this Order upon Mr. Gold and any officers of the defendant corporate entities.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:   November 4, 2024
         New York, New York