UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ISRAEL MARTINEZ, on behalf of himself
and all others similarly situated,

                              Plaintiff,                      20-CV-2969 (RA)(SN)

       -against-                                    **ORDER**

JLM DECORATING, INC., et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On November 14, 2024, the Court was notified that an involuntary chapter 11 bankruptcy case has been filed against Defendant Moshe Gold in the Eastern District of New York. See In re Moshe Gold, No. 24-43647 (NHL) (Bankr. E.D.N.Y. 2024). In light of this bankruptcy filing, all claims against Moshe Gold in his individual capacity are STAYED. See 11 U.S.C § 362. The case shall proceed against all other Defendants absent further order of the Court.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:      November 15, 2024
                  New York, New York