

**WWW.MKCLAWGROUP.COM**
**LAW OFFICES OF MICHAEL K. CHONG, LLC**

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57th STREET 8th FL., | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

December 18, 2024

<u>Via ECF; Total Pages: 1</u>
Hon. Sarah Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

      Re:    Martinez v. JLM Decorating, Inc. et al
              Docket No. 1:20-cv-02969-RA-SN

Dear Judge Netburn:

      Pursuant to Your Honor's Order (Doc. 188) dated 12/5/24, the court has requested that I file a letter with a mailing and email address for Mr. Moshe Gold, and the docket number of his bankruptcy case. The following is the information that I have been provided with:

      Moshe Gold
      508 8th Ave., Suite 402
      New York, NY 10018
      Email: MosheMG@gmail.com

      In re Moshe Gold, Case No. 24-43647 (NHL) (Bankr. E.D.N.Y. 2024).

      Thank you for your kind consideration and courtesies.

      Respectfully submitted,

      s/ *Michael K. Chong*

      Michael K. Chong, Esq.

MKC/
cc: Moshe Gold
    Plaintiff's counsel (*via ECF*)