```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
**ISRAEL MARTINEZ**, on behalf of himself
and all others similarly situated,

                            **Plaintiff,**                20-CV-2969 (RA)(SN)

           -against-                        **ORDER TO SHOW CAUSE**

**JLM DECORATING, INC.**, et al.,

                            **Defendants.**
-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 24, 2025, the Court was notified that the involuntary Chapter 11 bankruptcy case against Defendant Moshe Gold was dismissed. ECF No. 195. Accordingly, the Clerk of Court is respectfully requested to lift the stay against Defendant Gold. The Clerk shall also flag this case as PRO SE and list Defendant Moshe Gold's address as:

      26 Heyward Street
      Brooklyn, NY 11249
      moshemg@gmail.com

      Defendant Gold is ORDERED to show cause why (1) his answer should not be stricken and (2) a default judgment should not be entered against him for the reasons stated in the Court's December 17, 2024 Report and Recommendation. ECF No. 189. The Clerk shall include a copy of that Report and Recommendation in its mailing to Defendant Gold. Defendant Gold is directed to file a response to this order to show cause no later than February 14, 2025.

**SO ORDERED.**

                                                                     _____
                                                                   SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:      January 27, 2025
                 New York, New York