```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISRAEL MARTINEZ, on behalf of himself
and all others similarly situated,

                        Plaintiff,             20-CV-2969 (RA)(SN)

        -against-                              ORDER

JLM DECORATING, INC., et al.,

                        Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

On February 14, 2025, attorney Mark R. Kook entered his appearance on behalf of Defendant Moshe Gold for the limited purpose of responding to the Court's January 27, 2025 order to show cause. ECF No. 199. A conference is scheduled for Thursday, February 27, 2025, at 12:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Given that Mr. Kook has appeared for the limited purpose of responding to the order to show cause but not for any other purpose, Mr. Kook and Defendant Gold must appear in person. The parties should be prepared to discuss the substance of the order to show cause, namely whether the Court should strike Defendant Gold's answer and enter a default judgment for the reasons stated in the Court's December 17, 2024 Report and Recommendation. See ECF No. 189.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   February 18, 2025
         New York, New York