UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISRAEL MARTINEZ, on behalf of himself
and all others similarly situated,

                              **Plaintiff,**

                   **-against-**

**JLM DECORATING, INC., et al.,**

                              **Defendants.**
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2025

20-CV-2969 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On February 27, 2025, Plaintiff's counsel, Defendant Moshe Gold, and counsel for Moshe Gold, Mr. Kook, appeared for an in-person conference to discuss the Court's order to show cause. During the conference, Plaintiff's counsel indicated that the Court previously ordered Defendant to pay $13,046.48 in attorney's fees. The Court recognizes that Plaintiff's application for attorney's fees was made on October 16, 2024, and the Court held a conference on November 4, 2024, to address Mr. Chong's motion to withdraw as counsel filed on October 14, 2024. Accordingly, no later than March 6, 2025, Plaintiff is directed to point the Court to where or when this award was ordered.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:       March 4, 2025
                 New York, New York