**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

ISRAEL MARTINEZ, on behalf of himself
and all others similarly situated,

                                    Plaintiff,

                    -against-

JLM DECORATING, INC., et al.,

                                    Defendants.
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/2025

**20-CV-2969 (RA)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On March 21, 2025, Plaintiff's counsel provided the Court with a status letter regarding Defendant Moshe Gold's document production. Defendant Gold is ORDERED to produce to Plaintiff's counsel, no later than May 12, 2025, "a computer-readable data file containing the names, last known mailing addresses, all known home and mobile telephone numbers, and all known email addresses for all putative class members who worked for the Defendants at any point from April 10, 2014, to the present." ECF No. 151.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    March 27, 2025
          New York, New York