**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ISRAEL MARTINEZ, *on behalf of himself and all others similarly situated*,

                        Plaintiff,                    20 **CIVIL** 2969 (RA)

        -against-                    **DEFAULT JUDGMENT**

JLM DECORATING, INC., JLM DECORATING NYC INC., COSMOPOLITAN INTERIOR NY CORPORATION, MOSHE GOLD, *individually*, and JOSAFATH ARIAS, *individually*,

                        Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 10, 2025, the Court finds no error and thus adopts the well-reasoned Report in its entirety. It is therefore ordered that Defendants JLM Decorating Inc., JLM Decorating NYC Inc., Cosmopolitan Interior NY Corporation, and Josafath Arias's answers are stricken. The Court will refer this matter to Judge Netburn for a damages inquest by separate order. This case remains open as to Defendant Gold.

**Dated:**  New York, New York
           April 11, 2025

                                          **TAMMI M. HELLWIG**
                                            **Clerk of Court**

                        **BY:**

                                            **Deputy Clerk**