UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ISRAEL MARTINEZ, on behalf of himself
and all others similarly situated,

                               Plaintiff,

          -against-

JLM DECORATING, INC., et al.,

                              Defendants.
-----------------------------------------------------------------X

20-CV-2969 (RA)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On April 10, 2025, the Honorable Ronnie Abrams adopted the Court's report and recommendation that the answers of Defendants JLM Decorating, Inc., JLM Decorating NYC Inc., Cosmopolitan Interior NY Corporation, and Josafath Arias be stricken. ECF No. 207. The Clerk of Court entered a default judgment, and the case was referred to my docket for a damages inquest. ECF Nos. 208-09. The Court will conduct a damages inquest following the adjudication of the claims against Defendant Moshe Gold.

**SO ORDERED.**

                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:      April 15, 2025
                 New York, New York