UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**ISRAEL MARTINEZ, on behalf of himself
and all others similarly situated,**

                            **Plaintiff,**                       20-CV-2969 (RA)(SN)

                -against-                          **ORDER**

**JLM DECORATING, INC., et al.,**

                            **Defendants.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The parties are directed to meet and confer regarding the proposed class list, which should include the dates an employee was both hired and terminated. The parties are further directed to meet and confer regarding proposed language for the class notice. A proposed class notice for Court approval shall be filed no later than May 30, 2025.

**SO ORDERED.**

_/s/ Sarah Netburn_
SARAH NETBURN
United States Magistrate Judge

DATED:    May 19, 2025
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2025