UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ISRAEL MARTINEZ, on behalf of himself, individually, and on behalf of all others similarly-situated,

                        Plaintiff,

-against-

JLM DECORATING, INC., and JLM DECORATING NYC INC., and COSMOPOLITAN INTERIOR NY CORPORATION, and MOSHE GOLD, individually, and JOSAFATH ARIAS, individually,

                        Defendants.
------------------------------------------------------------X

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68**

Case No. **20-cv-02969-RA-SN**

PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Named Plaintiff Israel Martinez, and opt-in Plaintiffs Juan Carlos Sanchez Benites, Rafael Brito, Rodrigo Rojas, and Harold Pena, hereby accept the Rule 68 offer of judgment of Defendants JLM DECORATING, INC., and JLM DECORATING NYC INC., and COSMOPOLITAN INTERIOR NY CORPORATION, and MOSHE GOLD, individually, as to their claims asserted against them in this action.

The offer of judgment from Defendants JLM DECORATING, INC., and JLM DECORATING NYC INC., and COSMOPOLITAN INTERIOR NY CORPORATION, and MOSHE GOLD, individually, is attached hereto as **Exhibit A**.

Dated: Garden City, New York
       June 17, 2025

                                         Respectfully submitted,

                                         BORRELLI & ASSOCIATES, P.L.L.C.
                                         *Attorneys for Plaintiffs*
                                         910 Franklin Avenue, Suite 205
                                         Garden City, New York 11530
                                         Tel. (516) 248-5550
                                         Fax. (516) 248-6027

                 By:    /s/ Andrew C. Weiss
                                         ANDREW C. WEISS, ESQ.

## CERTIFICATE OF SERVICE

    I, Andrew C. Weiss, Esq., hereby certify that on this date, June 17, 2025, a true and correct copy of the foregoing *Notice of Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68*, dated June 17, 2025, was served *via* email on the following:

Mark Kook, Esq.
Law Office of Mark R. Kook
*Attorneys for Defendants*
Two Park Avenue, Floor 20
New York, New York 10016
Email: mkook@kooklaw.com

                                         ANDREW C. WEISS, ESQ.