UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISRAEL MARTINEZ, on behalf of himself,
individually, and on behalf of all others similarly-situated,

                     Plaintiff,

      -against-                                 **ORDER OF JUDGMENT**

JLM DECORATING, INC., and JLM DECORATING     Case No. **20-cv-02969-SN**
NYC INC., and COSMOPOLITAN INTERIOR NY
CORPORATION, and MOSHE GOLD, individually,
and JOSAFATH ARIAS, individually,

                     Defendants.
------------------------------------------------------------------X

     **WHEREAS**, Plaintiff Israel Martinez initiated this action by the filing of a Complaint on April 10, 2020, pursuant to 29 U.S.C. § 216(b) (ECF No. 1);

     **WHEREAS**, opt-in Plaintiff Raphael Brito filed his consent form to join this action on April 10, 2020 (ECF No. 1-2);

     **WHEREAS**, opt-in Plaintiff Juan Carlos Sanchez Benites filed his consent form to join this action on April 10, 2020 (ECF No. 1-3);

     **WHEREAS**, opt-in Plaintiff Rodrigo Rojas filed his consent form to join this action on February 22, 2022 (ECF No. 61);

     **WHEREAS**, opt-in Plaintiff Harold Pena filed his consent form to join this action on February 23, 2022 (ECF No. 62);

     **WHEREAS**, on June 17, 2025, Defendants JLM DECORATING, INC., and JLM DECORATING NYC INC., and COSMOPOLITAN INTERIOR NY CORPORATION, and MOSHE GOLD, individually, (collectively as "Defendants"), offered that Plaintiffs Martinez, Brito, Benites, Rojas, and Pena, (collectively as "Plaintiffs"), take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of one-

hundred and fifty-thousand dollars and zero cents ($150,000.00), inclusive of reasonable attorneys' fees, costs, and expenses, which is in full and final settlement of all of Plaintiffs' claims alleged against Defendants in this action; and

**WHEREAS**, on June 17, 2025, Plaintiffs filed their Notice of Acceptance of this offer; it is

**HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiffs, as against Defendants, jointly and severally, in the amount of one-hundred fifty-thousand dollars and zero cents ($150,000.0), to be paid by Defendants pursuant to the terms listed in the offer of judgment.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: July 29, 2025
       New York, New York