```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
**ISRAEL MARTINEZ, on behalf of himself**
**and all others similarly situated,**

                              **Plaintiff,**                              **20-CV-2969 (SN)**

                    -against-                                             **ORDER**

**JLM DECORATING, INC., et al.,**

                              **Defendants.**
---------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On July 29, 2025, the Court decertified the Rule 23 class and approved the Rule 68 order

of judgment. ECF Nos. 229, 229. The only remaining Defendant is Josafath Arias. Plaintiffs

previously indicated an intent to "fil[e] a stipulation of voluntary dismissal without prejudice as

to their claims against defaulting Defendant Josafath Arias." ECF No. 218. A stipulation of

voluntary dismissal has not yet been filed.

Accordingly, no later than August 15, 2025, Plaintiffs shall file: (1) a proposed

stipulation of voluntary dismissal as to Defendant Josafath Arias, and (2) a letter brief addressed

to the Honorable Ronnie Abrams explaining why the Court should approve the stipulation of

voluntary dismissal.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      August 6, 2025
            New York, New York