UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
ISRAEL MARTINEZ, on behalf of himself,
individually, and on behalf of all others similarly-situated,

                        Plaintiff,

    -against-                                    [PROPOSED] **ORDER OF DISMISSAL AS TO DEFENDANT ARIAS**

JLM DECORATING, INC., and JLM DECORATING
NYC INC., and COSMOPOLITAN INTERIOR NY       Case No. **20-cv-02969-SN**
CORPORATION, and MOSHE GOLD, individually,
and JOSAFATH ARIAS, individually,

                       Defendants.
---------------------------------------------------------------------X

Upon consideration of Plaintiffs' motion pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Court having determined that dismissal will not result in legal prejudice to any party, and for good cause shown, it is hereby:

ORDERED that Plaintiffs' motion to dismiss the action as against Defendant Josafath Arias is granted;

ORDERED that all claims against Defendant Josafath Arias are hereby dismissed without prejudice;

ORDERED that the Clerk of Court shall update the docket to reflect the dismissal of Defendant Josafath Arias from this action.

SO ORDERED, on the __13th__ day of ____August____, 2025, New York, New York:

                                                                               _____
                                                      The Honorable Ronnie Abrams, U.S.D.J.